Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
MORGAN HOWARTH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MORGAN HOWARTH, | **Case No.:** |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** |
| v. | |
| THE PAVER CO. INC., | **Demand for Jury Trial** |
| Defendant. | |

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendant THE PAVER CO. INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff MORGAN HOWARTH ("Howarth") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Howarth's original copyrighted work of authorship.

2. Based in the Washington D.C. area, Howarth has been a photographer for over 25 years and focuses on interior and architecture work. His rich and illustrative style brings architecture to life by combining a multitude of separately lit images into one perfect shot. Howarth has worked as a photographer for a multitude of national clients including Timex, Sears Catalog, The Lenox

Hotel, Cole Haan Shoes, GH Bass Shoes, Timberland Shoe, CBS, and Home & Design Magazine, and has been exposed to many beautiful people and places throughout his career. However, he still considers the best part of any assignment to be the client's final "Wow!"

3. Howarth uses a combination of tungsten, daylight, and strobe light to create the best possible natural looking light to suit the needs of each room or scene. This process takes several different exposures and lighting set-ups per image which are then combined into one Hi-Res image.

4. Defendant THE PAVER CO. INC. ("TPC") is a company with locations in the Sacramento, Fairfield and Bay Areas that specializes in the design and landscape of stone pavers, concrete block pavers and synthetic turf. TPC designs and installs paving stone driveways, walkways, pool decks and patios, concrete block walls, steps, fireplaces and barbeques, as well as artificial grass and putting greens. At all times relevant herein, TPC operated the internet website located at the URL www.thepavercompany.com (the "Website").

5. Howarth alleges that Defendant copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Defendant's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

10.     The Paver Co Inc is a California Corporation, with its principal place of business at 11419 Sunrise Gold Circle, Suite 4, Rancho Cordova, California, 95742, and can be served by serving its Registered Agent, Mr. Steven Biondi, at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

11.     In 2016, Howarth created the photograph entitled "11203_Elmview_Garden_Pergola_F_3.jpg," which is shown below and referred to herein as the "Work".



12.     Howarth registered the Work with the Register of Copyrights on January 19, 2017 and was assigned the registration number VA 2-038-489. The Certificate of Registration is attached hereto as **Exhibit 1**.

13.     At all relevant times Howarth was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Defendant has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

16. On or about April 20, 2022, Howarth discovered the unauthorized use of his Work on the Website in a blog post entitled "Know About Wonderful Paver Design Ideas for your Walkways," dated August 14, 2021.

17. Defendant copied Howarth's copyrighted Work without Howarth's permission.

18. After Defendant copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their paving landscape design and installation business.

19. Defendant copied and distributed Howarth's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Howarth's Work is protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Defendant committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Howarth never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Howarth notified Defendant of the allegations set forth herein on October 14, 2022 and November 16, 2022. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. Howarth incorporates the allegations of paragraphs 1 through 233 of this Complaint as if fully set forth herein.

25. Howarth owns a valid copyright in the Work at issue in this case.

26. Howarth registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Defendant copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

28. Defendant performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Howarth has been damaged.

31. The harm caused to Howarth has been irreparable.

WHEREFORE, the Plaintiff Morgan Howarth prays for judgment against the Defendant The Paver Co Inc that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Plaintiff be awarded pre- and post-judgment interest; and

    e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Morgan Howarth hereby demands a trial by jury of all issues so triable.

DATED:  September 20, 2023           Respectfully submitted,


*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Attorneys for Plaintiff Morgan Howarth*