Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Morgan Howarth*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MORGAN HOWARTH, | CASE NO.: 2:23-cv-02040-KJM-AC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| THE PAVER CO INC, | |
| Defendants. | |

PLAINTIFF MORGAN HOWARTH ("Howarth"), by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement, and requests until December 15, 2023 in which to file a Notice of Dismissal.

DATED:  November 15, 2023                    Respectfully submitted,

                                        */s/ Matthew L. Rollin*
                                        MATTHEW L. ROLLIN
                                        **SRIPLAW, P.A.**
                                        *Counsel for Plaintiff  Morgan Howarth*